**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

MAR 1 5 2021

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS** JAMES W. McCORMACK, CLERK
Poinsett DIVISION    By:_____ xBu _____
DEP CLERK

CASE NO. 56CR-20-209    3:21-CV-56-LPR-JJV
56 CR-19-319  Jury Trial: ☐ Yes ☒ No
5-54-120            (Check One)
5-54-120

I.    Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: Monica S. Smith
      ADC # 71259

      Address: _____

      Name of plaintiff: _____
      ADC # _____

      Address: _____
                 This case assigned to District Judge Rudofsky
      Name of plaintiff: ____ and to Magistrate Judge Volpe
      ADC # _____

      Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: Patrica Marshall

      Position: Admstration

      Place of employment: Poinsett County Jail

      Address: Poinsett County Detention Center
      1500 Justice Dr. Harrisburg AR.
      Name of defendant: Regina

      Position: Qdmstration

-4-

Place of employment: _Poinsett County_

Address: _1500 Justice Dr. Harrisburg AR 72432_

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.  Are you suing the defendants in:

☐   official capacity only
☐   personal capacity only
☒   both official and personal capacity

III.  Previous lawsuits

A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _X_   No ___

B.  If your answer to A is yes, describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐   Parties to the previous lawsuit:

Plaintiffs: ~~William Burks Peters Jesus Christ~~

and _Monica Morris_

Defendants: _Susan Cox and Dual_

_____

☐ Court (if federal court, name the district; if state court, name the county):

_nurse_

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _It was about 2 years ago_

☐ Approximate date of disposition: _____

IV.   Place of present confinement: _Poinsett County Detion Center_

V.   At the time of the alleged incident(s), were you: (check appropriate blank)

_X_ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_X_ in jail for other reasons (e.g., alleged probation violation, etc.)
   explain: _I was in jail for the same charges I am in here know they still bother me + then my kidneys start hurting and i didn't get help_

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

   Yes _X_   No _____

B.   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure? _Yes_

Yes X̶   No ____

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Well about 2 years ago i was in here on these changes and then my kidney start hurting and bleeding and i didn't get any help i beg them know i been in here for about 3 months have not been in front on a judge and they put my court date back and back for no reason

VIII.   Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

i want to get a lower bond
It's 125,000 for a FTA and i
need my bond lower

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this ___8___ day of _March 8_, 20 _21_.

_Monica Smith_

_____

_____
Signature(s) of plaintiff(s)

-8-

Monica Smith-Wade
Poinsett County Detention Center
1500 Justice Dr.
Harrisburg AR 72432

MEMPHIS TN 380

8 MAR 2021   PM 1   L

FOREVER / USA

UNCENSORED MAIL
FROM
POINSETT COUNTY JAIL

United States District Court
600 W. Capitol Avenue
Suite - 149
Little Rock Arkansas
72201-3325