IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MONICA S. SMITH
#71259                                                                                              PLAINTIFF

v.                                          3:21-cv-00056-LPR-JJV

PATRICIA MARSHALL, Administration; and
DOE, Regina, Administration, Poinsett County Jail                         DEFENDANTS

## ORDER

On March 15, 2021, Plaintiff mailed to the Court an Application to Proceed *In Forma Pauperis* and a *pro se* Complaint, which the Clerk's Office opened as this new case. (Docs. 1, 2.) However, upon closer review, it appears Plaintiff intended for those documents to be filed in his pre-existing case, *Smith v. Does*, 3:21-cv-00048-DPM-JTK, in compliance with the March 4, 2021 Order (Doc. 2) that was entered in that case.

IT IS, THEREFORE, ORDERED THAT the Clerk is directed to ADMINISTRATIVELY CLOSE this case and to file the Application to Proceed *In Forma Pauperis* and Complaint (Docs. 1, 2) in *Smith v. Does*, 3:21-cv-00048-DPM-JTK.

Dated this 18th day of March 2021.

                                                                    _____
                                                                    JOE J. VOLPE
                                                                    UNITED STATES MAGISTRATE JUDGE

1